UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STAN SCHIFF, M.D., Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE CO., et al., <br><br> Defendants. | C17-409 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     This action presents issues similar to those raised in *Kerbs v. Safeco Ins. Co. of Ill., Inc.*, C11-1642 MJP, *Chan Healthcare Group, PS v. Liberty Mut. Fire Ins. Co.*, C15-1705 RSM, and *Chan Healthcare Group, PS v. Safeco Ins. Co. of Ill., Inc.*, C16-149 RAJ.  The first two cases have been remanded to King County Superior Court, and the last case resolved by way of an offer and acceptance of judgment.  Plaintiff has filed a Notice of Related Case, docket no. 12, with respect to Case No. C15-1705 RSM, with which defendants disagree, docket no. 13.  In light of the procedural postures of the above-referenced matters, this litigation will remain pending before Judge Zilly.

(2)     Plaintiff's motion for relief from deadline, docket no. 21, is GRANTED in part and DENIED in part, as follows:

(a)     Defendants' amended motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), docket no. 18, is RENOTED to May 12, 2017, and will be addressed, if appropriate, after the Court rules on plaintiff's pending motion to remand, docket no. 19, which is noted for April 14, 2017;

(b)     To the extent plaintiff seeks discovery in advance of responding to defendants' amended Rule 12(b)(6) motion to dismiss, plaintiff's motion for relief is DENIED.

MINUTE ORDER - 1

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2017.

                                            William M. McCool  
                                            Clerk

                                            s/Karen Dews  
                                            Deputy Clerk